# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Tijani Osumah, LV Surgery Associates, PLLC, | 2:26-cv-01630-CDS-MDC |
| Plaintiff, | **ORDER** |
| vs. | |
| Director, U.S. Citizenship and Immigration Services, | |
| Defendant. | |

With good cause appearing, the Honorable Magistrate Judge Maximiliano D. Couvillier, III recuses himself in this action.

**IT IS ORDERED** that this action is referred to the Clerk for random reassignment of this case for all further proceedings.

Dated: June 8, 2026.

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

1